PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-40478 WJL** |
| **PATRICIA ANN WONG,** | **Chapter 13** |
| | **DATE: October 6, 2016**<br>**TIME: 1:30 PM**<br>**Courtroom: 210** |
| **Debtor.** _____/ | **DECLARATION OF PATRICK L. FORTE IN SUPPORT OF AMENDED MOTION TO MODIFY PLAN** |

I, Patrick L. Forte, declare:

1. I am an attorney licensed to practice before this Court and I am the attorney for Patricia Wong, debtor herein.

2. On July 19, 2016 we filed a Motion to Modify Plan. The moving papers were noticed and served on all creditors with a deadline to object. No objections were received from any creditor. However, the trustee objected on the grounds that debtor needed to amend Schedules I & J. On August 19, 2016 debtor filed Amended Schedules I & J. On the same day the the Trustee set the Motion to Modify for hearing.

3. In late August, 2016 the Debtor, under the mistaken belief that she was supposed to have paid a plan payment in June, 2016, sent the sum

Case: 15-40478   Doc# 22   Filed: 09/30/16   Entered: 09/30/16 15:00:24   Page 1 of 2

of $345.00 to the Trustee. These surplus funds were not accounted for in the Motion to Modify Plan so the Trustee has not withdrawn her objection.

4. We are filing herewith an Amended Motion to Modify Plan to account for the additional $345.0, which was inadvertently paid by debtor. Service of the Notice of the Amended Motion to Modify Plan and Deadline to Object should not be necessary since the Amended Motion adds extra funds for creditors not included in the original motion, and no creditors objected to the original motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 30, 2016, at Oakland, California.


          /s/ Patrick L. Forte
          PATRICK L. FORTE
          Attorney for Debtor