

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes the order of the court.
Signed October 5, 2016

Attorneys for Debtor

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-40478 WJL** |
| **PATRICIA ANN WONG,** | **Chapter 13** |
| Debtor. | **ORDER GRANTING AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** |

The above named debtor filed a Motion to Modify Chapter 13 Plan on July 19, 2016. A Notice of Deadline to Object was served on all creditors. No creditors objected by the deadline. On October 3, 2016, the debtor filed an Amended Motion to Modify Chapter 13 Plan to account for surplus funds that were paid by debtor into her plan in late August, 2016. Service of a new Notice and Deadline to File Objection to the amended motion is not necessary since creditors are receiving additional funds under the amended modified plan and no creditors objected to the original motion to modify.

The trustee having withdrawn her objection on October 3, 2016 and good cause appearing therefor;

**IT IS ORDERED** that debtor's Amended Motion to Modify Chapter 13 Plan is granted.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

'No physical service required'